IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: )

JENNIFER L KUBLY ) Case No: 10-37945

)
) **JUDGE** SPEER
)
Debtor. )
) **ORDER**
)

This matter came on for consideration upon the Debtor's Motion for clear title on the 2004 Chevrolet Venture.

The Court finds that said Motion is well-taken,

**IT IS THEREFORE ORDERED** that the Debtor receive a clear title to the 2004 Chevrolet Venture and any interest Auto Loan has in said vehicle is vacated.

Judge Richard L. Speer