IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re : | ) | Case No. 10-37945 |
| **Jennifer L. Kubly** | ) | Judge Richard Speer |
| | ) | |
| | ) | **MOTION FOR RELIEF** |
| | ) | **FROM JUDGMENT** |
| | ) | |
| | ) | John J. Hunter, Jr. (0034602) |
| | | HUNTER & SCHANK CO., LPA |
| | ) | One Canton Square |
| | | 1700 Canton Avenue |
| | ) | Toledo, OH 43604 |
| | | Telephone: (419) 255-4300 |
| | ) | Facsimile: (419) 255-9121 |
| | ) | Counsel for Creditor Lease and Rental Management d/b/a Auto Loan |

Now comes Lease and Rental Management d/b/a Auto Loan, by and through counsel and respectfully moves this Court for an order vacating the Order entered on March 7, 2011 [Doc. 15], granting Debtor's Motion to Request Clear Title.

The Debtor previously filed a Motion to Request Clear Title asserting that Auto Loan, the "Motion", a secured creditor herein, was in fact an unsecured creditor. After receipt of the Motion, Auto Loan contacted the attorney for the Debtor and provided written information, including the current title for the automobile of the Debtor making

1

clear that the lien of Auto Loan was noted on the title as of the date of the filing of the Petition and as required under the Ohio Revised Code. A true copy of the correspondence to counsel is appended hereto as Exhibit 1. Auto Loan mistakenly believed that the issue was going to be resolved and did not timely file a response to the Motion and the Court entered an Order granting the Motion.

Auto Loan would state that it has a first priority lien on the 2004 Chevrolet Venture, VIN# 1GNDL03E24D187722 (the "Vehicle") and as can be see from the attached there is no question that such lien was properly noted on the face of the title to the Vehicle as of the date of filing. Further, as can be seen from the attached, prior to the deadline for filing any objection to the Motion Auto Loan contacted counsel for the Debtor via telephone and facsimile regarding the matters set forth in the Motion. It is further clear that only through clerical error of the Ohio BMV the Debtor had a previously issued title to the Vehicle that did not reflect the lien of Auto Loan. It is however equally clear that the valid title to the Vehicle as of the petition date noted the lien of Auto Loan and the Debtor was not entitled to the relief sought in the Motion.

**WHEREFORE,** Lease and Rental Management d/b/a Auto Loan respectfully requests this Court enter an order vacating the judgment entered in this matter granting Ms. Kubly clear title to the 2004 Chevrolet Venture.

Respectfully submitted,

*/s/ John J. Hunter, Jr.*
Counsel for Creditor
Lease and Rental Management d/b/a
Auto Loan

## CERTIFICATE OF SERVICE AND NOTICE OF OPPORTUNITY TO OBJECT

Please take note that Auto Loan filed a Motion for Relief from Judgment. Any objection to such Motion must be filed within 21 days from the date of service of this Certificate of Service, or within such other time as may be ordered by the Court, and served on the Movant c/o John J. Hunter, Jr., Hunter & Schank Co., L.P.A., One Canton Square, 1700 Canton Avenue, Toledo, OH 43604-1378 and all persons entitled to notice.

Your response must state with particularity the reasons that the Motion is opposed. If you do not object to the Motion the Court may grant the relief that has been requested without further notice and no hearing will be held.

I hereby certify that a copy of this Motion was sent to the persons listed below by ordinary U.S. Mail, postage prepaid, or by electronic transmission to those persons capable of being served by ECF on the 17th day of March, 2011.

Patti Baumgartner-Novak
612 S. Main Street, #104
Findlay, OH 45840
Counsel for Debtor

Douglas A. Dymarkowski
5431 Main Street
Sylvania, OH 43560
Trustee

Office of the United States Trustee
201 Superior Ave., East - Suite 441
Cleveland, OH 44114

*/s/ John J. Hunter, Jr.*



```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              3226
CONNECTION TEL        914194220091
CONNECTION ID
ST. TIME              03/03 12:17
USAGE T               07'41
PGS.                  6
RESULT                OK
```

# FAX TRANSMITTAL SHEET

### TO: PATTI BAUMGARTNER-NOVAK, ESQ.

### TELEFAX NUMBER: (419) 422-0091

### FROM: JAMES J. REMMES, ESQ.

TOTAL NUMBER OF PAGES INCLUDING COVER PAGE: 6

THIS DOCUMENT IS INTENDED FOR THE USE OF THE PERSON TO WHOM IT IS ADDRESSED. IT MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.

IF YOU ARE NOT THE INTENDED RECIPIENT, ANY DISSEMINATION, DISTRIBUTION, COPYING OR USE OF THIS DOCUMENT IS STRICTLY PROHIBITED.

IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US BY TELEPHONE (978) 684-5237 TO ARRANGE FOR THE DESTRUCTION OR RETURN OF THE ORIGINAL DOCUMENT TO US.

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CONTACT ME AT (978) 684-5212 AS SOON AS POSSIBLE. THANK YOU.

# BOGHOSIAN & HAWKINS
ATTORNEYS AT LAW
45 HAVERHILL STREET
ANDOVER, MASSACHUSETTS 01810
PHONE: (978) 475-4883
FAX: (978) 684-5253

Atty. Glenn Boghosian*
*Also admitted in NH
Direct Dial (978) 749-0461

Atty. Mary P. Hawkins†
†Also admitted in CT
Direct Dial (978) 749-0423

March 2, 2011

Patti Baumgartner – Novak, Esq.
62 S. Main Street
Heck Building #104
Findlay, Ohio 45840

  Re: In Re: Jennifer Kubly
    Debtor's Motion to Request Clear Title

Dear Attorney Baumgartner – Novak,

  This office is corporate counsel for Lease and Rental Management Corp. d/b/a Auto Loan ("Auto Loan"). Auto Loan has a first priority lien on 2004 Chevrolet Venture, VIN# 1GNDX03E24D187722 ("the Vehicle") which is the subject of the above matter. Auto Loan objects to Ms. Kubly's motion. In order to avoid the additional expense of a formal objection, Auto Loan is willing to attempt to settle this matter.

  Auto Loan asks that Ms. Kubly withdraw her motion to request clear title. The title currently in Ms. Kubly's possession omits Auto Loan's lien purely as a result of clerical error by the Ohio Bureau of Motor Vehicles. Auto Loan remains the first priority lienholder despite this harmless error.

  As per our earlier conversation, I have included with this letter copies of the Vehicle's title history retrieved the Ohio BMV, the duplicate title, and application for certificate of title signed by Ms. Kubly, all of which list Auto Loan as lienholder.

  If you have any questions feel free to contact me. My direct line is (978) 684-5212.

            Sincerely,

            James J. Remmes Jr., Esq.



# Ohio Department Of Public Safety
## Online Vehicle/Watercraft Title Inquiry



Date: 2/23/2011



Search Title by entering **Property Type** | Vehicle |   **Identification #** |

Go

E-mail any comments or concerns to Help Support.

The title information available from this web page is obtained from Ohio county title offices. Title information may not exist in the system and on this web page for titles issued prior to March 1993, because all Ohio county offices were not automated until March 1993. The information contained on this web page reports only detailed information for titles issued in the State of Ohio.

By making this information available, the Ohio Department of Public Safety and the Bureau of Motor Vehicles are not certifying that title information is accurate. Ohio Revised Code 4505.07 prohibits the filing of false information on title assignments and applications.

Ohio Revised Code 4501.27 prohibits the BMV from releasing private owner information.

For further assistance, contact the Title Section by telephone at (614) 752-7671 or email to: Ask Titles A Question

## Property Information

| Type: | VIN#: | Year: | Make: | Model: | Body Type: |
|---|---|---|---|---|---|
| Vehicle | 1GNDX03E24D187722 | 2004 | CHEVROLET | VENTURE | Station Wagon |

## Current Title Information

| Title number: 3106101293 | Title status: Active | Owner name: PRIVATE OWNER | | Number of owners: 1 |
|---|---|---|---|---|
| Issue date: 12/08/2009 | Title type: Duplicate | Liens 1: AUTO LOAN | | Lien 1 cancel date: |
| Control Number: 096158543 | | Liens 2: | | Lien 2 cancel date: |
| Mileage: 77606 | Mileage brand: Actual | Brands 1: | Brands 2: | Brands 3: |
| Total Purchase Price: 9365 | Resides in County: 32 | | | |

## History

| Title Number | Issue Date | Title Type | Title Status | Inactive Reason Type | Mileage | Mileage brand | Mileage justify | Owner Name |
|---|---|---|---|---|---|---|---|---|
| 6900244255 | 08/06/2009 | Original | Inactive | Transferred to Duplicate | 77606 | Actual | | PRIVATE OWNER |
| 6900244253 | 08/06/2009 | Original | Inactive | Transferred Within County | 77606 | Actual | | CAR MART AUTO |

10-37945-rls    Doc 17    FILED 03/17/11    ENTERED 03/17/11 15:54:20    Page 6 of 10

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | GROUP INC |
| 6900241911 | 06/01/2009 | Original | Inactive | Transferred Within County | 76634 | Actual | | CAR MART AUTO GROUP INC |
| 8700582640 | 06/30/2004 | Original | Inactive | Transferred Out of County | 13468 | Actual | | PRIVATE OWNER |
| 8700580369 | 06/16/2004 | Original | Inactive | Transferred Within County | 13228 | Actual | | GRAFF AUTO MALL INC |



DEPARTMENT OF PUBLIC SAFETY
BUREAU OF MOTOR VEHICLES

## APPLICATION(S) FOR CERTIFICATE OF TITLE TO A MOTOR VEHICLE
(Type or Print in Ink)

CHECK TYPE OF APPLICATION(S) Fee of $5.00 for failure to apply for title within 30 days of assignment.

| | |
|---|---|
| | COUNTY: HANCOCK |
| PRIMARY APPLICANT'S NAME: JENNIFER L. KUBLY | SSN/EIN: 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 |
| PRIMARY APPLICANT'S ADDRESS: 9687 JADLOS DR., FINDLAY, OH 45840 | |
| SECONDARY APPLICANT'S NAME: | SSN/EIN: |
| SECONDARY APPLICANT'S ADDRESS: | |

Hereby declares under penalty of perjury that he/she is the lawful (owner/purchaser/lien holder) of the following described motor vehicle and hereby makes application for the following:

[X] **ORIGINAL CERTIFICATE OF TITLE**   Evidence of ownership _____
MCO, Previous Title No., Registration, etc.

Applicant acquired said motor vehicle by (state how acquired) **Purchased from dealer**

from: Name of Previous Owner **CAR MART AUTO GROUP INC**
Address of Previous Owner **10270 US 224 W, FINDLAY, OH 45840**

The following is a full statement of all liens on said motor vehicle. If no lien state "none", if more than one lien, attach statement of all additional liens.

Lien Holder **AUTO LOAN**   /E Code # _____   Address **45 HAVERHILL STREET, ANDOVER, MA 01810**

[ ] **DUPLICATE CERTIFICATE OF TITLE**

Applicant states that Certificate of Title Number _____ has been _____ ; lost, stolen, destroyed
that said motor vehicle has not been sold or disposed of except as stated below:

The vehicle is in the possession of _____
residing at _____ and that if said Certificate of Title be hereby recovered by this applicant he will deliver same to the Clerk of Courts for cancellation.

The following is a full statement of all liens on said motor vehicle. If no lien state "none", if more than one lien, attach statement of all additional liens.

Lien Holder _____   /E Code # _____   Address _____

[ ] **REPLACEMENT CERTIFICATE OF TITLE** for Certificate of Title Number _____

[ ] **MEMORANDUM CERTIFICATE OF TITLE** for Certificate of Title Number _____

[ ] **SALVAGE CERTIFICATE OF TITLE**
Applicant states that the original Certificate of Title Number _____
has been surrendered to the Clerk of Courts.

| YEAR: 2004 | VIN: 1GNDX03E24D187722 | MODEL: VENTURE |
|---|---|---|
| BODY TYPE: 5DR | MAKE: CHEVROLET | CONVERSION |
| PURCHASE PRICE $: 9,365.00 | TRADE IN AMOUNT $: 500.00 | SALES/USE TAX $: 632.14 |
| VENDOR'S NUMBER: sales tax # | PERMIT NUMBER: UD016309 | SALES CREDIT AMOUNT $ |
| CONDITION OF VEHICLE (Check only one) | [ ] GOOD   [ ] FAIR | [ ] POOR   [ ] WRECKED |
| TAX EXEMPTION: [ ] YES   REASON | | |

Warning: You are required by law to state the true selling price. A false statement is in violation of section 2921.13 of the Ohio Revised Code and is punishable by six months imprisonment and a fine of up to one thousand dollars or both. All transfers are audited by the Department of Taxation. The seller and buyer must provide any information requested by the Department of Taxation. The buyer may be assessed any additional tax found to be due.

Applicant's signature X _[signature]_

Sworn to and subscribed in my presence by _Jennifer L. Kubly_

S/s/ BARRY P. DAY   day of July   20 09
NOTARY PUBLIC, STATE OF OHIO
(Seal) HANCOCK COUNTY Clerk Deputy of Clerk of Courts - Notary  X _[signature]_
12/My Comm. Expires May 3, 2014

| | STATE OF OHIO | No. 09 0124 4259 |
|---|---|---|
| ISSUING CTY: PUTNAM | ORIGINAL | |
| RESIDENT CTY: HANCOCK | | ISSUE DATE: 08/06/2009 |

IDENTIFICATION NUMBER: 1GNDX03E74D187722

YEAR: 2004  MAKE: CHEV  MAKE DESCRIPTION: CHEVROLET

VALUATION: $9,995.00  BODY TYPE: 3W  VIN: VTR  MODEL DESCRIPTION: VENTURE

DATE: 06/02/14  MILEAGE: 77,801  PREVIOUS: OH 50X024282

ODOMETER: ACTUAL

OWNER:
JENNIFER L. KUBLY
5817 JACLOS DRIVE
FINDLAY, OH 45840

RENTAL OWNER:
CAR MART AUTO GROUP INC.
10270 US 224 W
FINDLAY, OH 45840-0000

2202721   UD016305

FIRST LIENHOLDER: AUTO LOAN   DATE OF LIEN: 08/06/2009

45 HAVERHILL STREET
ANDOVER, MA 01810

LIEN DISCHARGE:
by _____ date ___
    Authorized signature
CLERK OF COURTS LIEN CANCELLATION
by _____ date ___
    Deputy Clerk

LIEN DISCHARGE:
by _____ date ___
    Authorized signature
CLERK OF COURTS LIEN CANCELLATION
by _____ date ___
    Deputy Clerk

WITNESS MY HAND AND OFFICIAL SEAL THIS 6th DAY OF AUGUST 2009

7.09860 1106

TERESA L. LAMMERS
CLERK OF COURTS

