IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

In Re : ) Case No. 10-37945

Jennifer L. Kubly ) Judge Richard L. Speer

)
**ORDER GRANTING RELIEF**
) **FROM JUDGMENT AND VACATING**
**HEARING DATE**
)

This day this cause came on for the Court's consideration of Creditor Lease and Rental Management d/b/a Auto Loan's Motion for Relief from Judgment and the response of the Debtor Jennifer L. Kubly.

The Court finds that the Debtor does not oppose Creditor Lease and Rental Management's Motion for Relief from Judgment and that the Motion should be found well taken.

The Court further finds that a hearing has been scheduled on this matter for Tuesday, April 26, 2011 at 1:30 p.m. which is now unnecessary and should be vacated.

It is therefore **ORDERED, ADJUDGED AND DECREED** that the Order entered on March 7, 2011 granting Debtor's request for clear title as to the 2004 Chevrolet Venture is hereby vacated and the Debtor's Motion for Clear Title is denied.

It is further **ORDERED, ADJUDGED AND DECREED** that the hearing scheduled for April 26, 2011 at 1:30 p.m. is hereby vacated.

It is so ordered.

_____4/27/11_____           _____
Date                             Honorable Richard L. Speer

###

1